AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District of Texas
FILED

JAN 14 2020

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America
v.
ARMANDO AREBALO
USC
YOB: 1988

Defendant(s)

Case No. M-20-0086-M

SEALED

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 6, 2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute a controlled substance. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Approved:
Robert Wells, Jr. AUSA
1/14/2020

_____
Complainant's signature

Kyle O'Neal, Special Agent - FBI
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: __January 14, 2020__
        3:56 pm

_____
Judge's signature

City and state: __McAllen, Texas__      Peter E. Ormsby, United States Magistrate Judge
_____
Printed name and title

## Attachment "A"

### Affidavit in Support of Complaint

I, Kyle O'Neal, being first duly sworn, state as follows:

1. On December 6, 2018, a Confidential Informant (CI) of the Federal Bureau of Investigation (FBI) conducted a controlled purchase of approximately 867 grams of methamphetamine from ARMANDO **AREBALO** (hereinafter "AREBALO") in McAllen, Texas. **AREBALO** arrived at 721 N McColl Rd in a Kia sedan with another male passenger. **AREBALO** exited the vehicle carrying a black box and entered the vehicle of the FBI CI. The FBI CI paid **AREBALO** $5,000 in exchange for the methamphetamine after which **AREBALO** returned to his vehicle and departed the location.

2. The methamphetamine was recovered and transported to the McAllen FBI office where it was weighed in the original packaging and entered into evidence. The methamphetamine was sent to the Drug Enforcement Administration (DEA) South Central Laboratory in Dallas, Texas. The laboratory confirmed the presence of methamphetamine with a purity of 93%.

3. **AREBALO** is a known "Loco 13" gang member who had been released on bond for state capital murder charges at the time of the narcotics sale. **AREBALO** stated to the CI that if he did not get enough money to pay for his lawyer, then he would flee in order to avoid his pending charge.

4. Based on the aforementioned factual information, your Affiant respectfully submits that **AREBALO** did commit a violation of Title 21, United States Code Section 841(a)(1).

Kyle O'Neal
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this 14th day of January, 2020.

Peter E. Ormsby
United States Magistrate Judge